DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
KEVIN LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-0319 OWW |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING MOTION SCHEDULE; ORDER THEREON |
| ) | |
| v. ) | |
| ) | Date: June 23, 2008 |
| KEVIN LEWIS, ) | Time: 9:00 A.M. |
| ) | Judge: Oliver W. Wanger |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elana Landau, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Kevin Lewis, that defense motions in the above-captioned matter shall be filed on or before June 2, 2008, government replies to be filed on or before June 16, 2008, **and the Motion hearing now set for May 27, 2008, may be continued to June 23, 2008, at 9:00 A.M.**

This continuance request is made at the request of counsel for Defendant Kevin Lewis as defense intends to file a motion to suppress evidence. The government will be providing additional discovery, which is pertinent to the preparation of defendant's motion.

///

///

///

1     The parties also agree that any delay resulting from this continuance shall be excluded in the
2 interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: May 22, 2008           By:   /s/ Victor M. Chavez with consent of Elana Landau
                                          ELANA LANDAU
                                          Assistant United States Attorney
                                          Counsel for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Defender

DATED: May 22, 2008           By:   /s/ Victor M. Chavez
                                          VICTOR M. CHAVEZ
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          KEVIN LEWIS


## ORDER

IT IS SO ORDERED.

**Dated: May 22, 2008**                     **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE